

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00568-CV

**EDIFIKA INVESTMENTS, LLC** d/b/a Military Village Apartments,
Appellant

v.

**CHAIN & CHAIN CONSTRUCTION, LLC**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-14175
Honorable Nicole Garza, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION.

We ORDER appellee Chain & Chain Construction, LLC recover its costs in this appeal, if any, from appellant Edifika Investments, LLC d/b/a/ Military Village Apartments.

SIGNED March 9, 2022.

_____
Luz Elena D. Chapa, Justice